BKASSETS.COM LLC

216 N. CENTER ST.
MESA, AZ. 85201

# Invoice

| Date | Invoice # |
|---|---|
| 9/20/2017 | 5476 |

**Bill To**

BK. ESTATE OF YOMTOV MENAGED
BK. CASE #16-04268-PS
JILL FORD, TRUSTEE

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2,025 | COMMISSION DUE ON THE SALE OF DESIGNER WOMEN'S JEWELRY<br>AUCTION ID: MENAGED01<br>SOLD TO DENECE FORD OF DURANGO CO. | 0.10 | 202.50 |

**Total** $202.50