BKASSETS.COM LLC  
216 N. CENTER ST.  
MESA, AZ. 85201

# Invoice

| Date | Invoice # |
|---|---|
| 10/1/2017 | 5489 |

**Bill To**

BK. ESTATE OF YOMTOV MENAGED  
BK. CASE #16-04268-PS  
JILL FORD, TRUSTEE

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 3,811 | COMMISSION DUE ON THE SALE OF MENS' DESIGNER JEWELRY MANAGED02<br>SOLD TO MICHAEL OLIVER | 0.10 | 381.10 |

**Total** $381.10